NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARVELLA JONES,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2011-7083

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 09-0106, Judge Alan G. Lance, Sr.

---

## ON MOTION

---

## ORDER

Upon consideration of the Secretary's motion for a 14-day extension of time, until May 19, 2011, to file his informal brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAY 0 9 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Harvella Jones
     Jacob A. Schunk, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

MAY 0 9 2011

JAN HORBALY
CLERK